ORIGINAL

FILED

07/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0091

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0091

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ALOYSIUS DENNIS BLACK CROW,

    Defendant and Appellant.

                                O R D E R

_____

On February 3, 2023, Appellant Aloysius Dennis Black Crow filed a Notice of Appeal in this matter. In that Notice, Black Crow asserted that transcripts had been ordered in accordance with M. R. App. P. 8(3). On March 16, 2023, the District Court record, except for transcripts, was filed in this Court. Under M. R. App. P. 9(1), the record on appeal, including necessary transcripts, shall be transmitted to this Court within 40 days unless certain conditions are met.

On May 31, 2023, having received no transcripts nor requests for extension of time, this Court ordered Black Crow to file a report on the status of this appeal on or before June 30, 2023. Black Crow has not filed a status report nor have any other filings been made in this appeal.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide a copy of this Order to Appellant Aloysius Dennis Black Crow and to all counsel of record.

DATED this 18 day of July, 2023.

_____

_____

_____

_____

_____
Justices